September 6, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

WAYNE ERNEST BARKER, Appellant

NO. 14-12-00254-CV                    V.

BRAD LIVINGSTON, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Brad Livingston, signed, February 29, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We further order this decision certified below for observance.